**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JEFFERSON ZYBELL, | ) | Case No. 3:24-cv-00558-ART-CSD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | |
| | ) | **STIPULATION FOR** |
| COEUR ROCHESTER, INC., and DOES 1-50, inclusive, | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

2  Dated this 11th da of November, 2025.                Dated this 11th day of November, 2025.

3      HENDRICKSON LAW GROUP, PLLC            KAMER ZUCKER ABBOTT

4  By:   /s/ Joshua R. Hendrickson           By:   /s/ R. Todd Creer
      Joshua R. Hendrickson   #12225            R. Todd Creer      #10016
5       325 West Liberty Street                    Shannon L. Chao    #16821
      Reno, Nevada 89501                         6325 South Jones Boulevard, Suite 300
6                                                  Las Vegas, Nevada 89118

7      Attorneys for Plaintiff                    Attorneys for Defendant

10  **IT IS SO ORDERED.**

11                                                  _____
12                           ANNE R. TRAUM
                         UNITED STATES DISTRICT JUDGE

13                           DATED: November 13, 2025